IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DAVID MAHLER, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 4:21-cv-00934-O-BP |
| NICHOLAS INMAN, *et al.*, | § |
| Defendants. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed within the fourteen-day period,[1] and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED** on this **14th day** of **March, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] The Clerk's Office has attempted to update Plaintiff David Mahler, Pro Se, with copies of the Magistrate Judge's Orders. On both occasions, the mail was returned undeliverable and unable to forward. Plaintiff has not updated his address with the Court.